IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TERRIE TOWERS,

    Plaintiff,

v.                                                CASE NO. 1:07-cv-00112-MP-AK

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 22, Report and Recommendation of the Magistrate Judge, recommending that the Motion to Remand filed by Michael J Astrue be granted and this cause remanded to the Commissioner for further proceedings by the Administrative Law Judge. The time for filing objections has passed, and none have been filed. It is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. The Clerk is directed to enter a final judgment remanding this cause to the Commissioner for further proceedings by the Administrative Law Judge, as set forth in the Report and Recommendation.

3. Pursuant to Bergen v. Commissioner, 454 F.3d 1273, 1277-78 (11th Cir. 2006), proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until the matter is fully adjudicated upon remand. The Plaintiff shall file a motion to award fees under 406(b) within 14 days after counsel receives notice from the Defendant

 Commissioner as to Plaintiff's past due benefits.  This stay relates only to attorney fee proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**DONE AND ORDERED** this  *6th*   day of May, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
